

FIRST CLASS

Nabih H. Ayad
Nabih H. Ayad & Associates, P.C.
2200 Canton Center Road, Suite 220
Canton, MI  48187

$05.66⁰

$00.65⁰

fenders

rk, Inc.
Street
Y 10007

, SHROFF, ESQ.