# RE: File Request

From: **Nabih Ayad** (ayadlaw@hotmail.com)
Sent: Tue 10/02/12 9:54 AM
To: Nabih Ayad (ayadlaw@hotmail.com)

From: ayadlaw@hotmail.com
To: sabrina_shroff@fd.org
Subject: File Request
Date: Fri, 21 Sep 2012 14:25:32 -0400

Ms. Shroff,

It is my understanding that you will be providing my office with Mr. Fawaz's file via Fed Ex. As of the date and time of this writing, we have not yet received the file. Can you please provide me with a tracking number and/or an anticipated date of receipt. Thank you in advance for your time and attention in this matter. Please feel free to contact me if you have any questions or concerns.

Steven J. Ogilvie