UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : STIPULATION

- v. - : S1 12 Cr. 120 (RJS)

NAYEF MAHMOUD FAWAZ, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED by and among the United States of America, by Preet Bharara, United States Attorney, through Michael D. Lockard, Assistant United States Attorney, of counsel, and NAYEF MAHMOUD FAWAZ, the defendant, by and through his counsel, Sabrina Shroff, Esq., Federal Defenders of New York, Inc., that transcripts of audio and/or video recordings provided in connection with the above-referenced proceeding (the "Transcripts") are drafts that are being provided for the convenience of the defendant and defense counsel in connection with their good faith preparation for trial and defense of this case and will not be used by the defendant, his counsel, or anyone else for any other purpose;

IT IS FURTHER STIPULATED AND AGREED that the Transcripts are to be regarded merely as drafts that may or may not be accurate, and they may not be used at any proceeding to conduct examination of any witness or to impeach or call into question the accuracy of any final transcript or translation;

IT IS FURTHER STIPULATED AND AGREED that the defendant and defense counsel will hold securely all of the Transcripts and copies thereof;

IT IS FURTHER STIPULATED AND AGREED that the defendant and defense counsel shall not provide any Transcript or copy thereof to any defendant or defense counsel who has not executed this Stipulation and agreed to be bound thereby; and

IT IS FURTHER STIPULATED AND AGREED that if current counsel is relieved as counsel for the defendant, the Transcripts will be returned to the Government unless replacement counsel re-executes this Agreement.

PREET BHARARA
United States Attorney for the
Southern District of New York

By: ______________________________ ____________
Michael D. Lockard DATE
Assistant United States Attorney
(212) 637-2193

DEFENDANT NAYEF MAHMOUD FAWAZ,

By: ______________________________ ____________
Sabrina Shroff, Esq. DATE
Attorney for Nayef Mahmoud Fawaz